# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL DAY,** *Individually and on behalf of all others similarly situated,* | ) ) ) |
| **Plaintiff,** | ) ) ) **Case No. 20-CV-8-SMY** |
| vs. | ) ) |
| **SOUTHERN ILLINOIS HARDWARE, LLC,** | ) ) ) ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Michael Day filed a class action complaint in the St. Clair County, Illinois Circuit Court alleging that Defendant Southern Illinois Hardware, LLC collects and retains the biometric data of its employees in violation of Illinois state law. Defendant removed this action on January 3, 2020 pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). Defendant asserts that this Court has jurisdiction because the plaintiff class exceeds 100 members, at least one member of the class is a citizen of a state different from Defendants, and the amount in controversy exceeds $5 million.

Plaintiff seeks to conduct jurisdictional discovery in order to determine if "two-thirds or more of the members of all proposed plaintiff classes in the aggregate, and the primary defendants, are citizens of the State in which the action was originally filed," 28 U.S.C. § 1332(d)(4)(B), thus creating an exception to CAFA jurisdiction. Defendant does not object to the discovery (Doc. 16).

Accordingly, the Motion to Conduct Jurisdictional Discovery and Stay Remand Deadline is **GRANTED** (Doc. 8). Plaintiff may conduct the jurisdictional discovery which shall be completed by **May 18, 2020**. Plaintiff is granted an extension to **May 29, 2020** to file a motion to

remand.

**IT IS SO ORDERED.**

**DATED:  February 25, 2020**

STACI M. YANDLE
United States District Judge